# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. **14-CV-23930-COOKE/TORRES**

The attached hand-written document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE

(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **14-CV-23930-COOKE/TORRES**

Judith Lawrence
_____
Plaintiff(s)

v.

Veteran Administration, Dr. John
C. Oeltjen, Arthur Desrosiers,
University of Miami
_____
Defendant(s)

FILED BY ____ D.C.
OCT 22 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## COMPLAINT

I, Judith Lawrence, plaintiff, in the above styled cause, sues defendant(s): Veteran Administration, Dr. John C. Oeltjen, Arthur Desrosiers

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: _____

See Attached

*Complaint:*

*Judith Lawrence*
*9832 Seminole Pratt Whitney Rd.*
*West Palm Beach, FL 33412*

Re.:   Violation of the hospital standards of care
        Negligence

I am filing this claim based on newly found information, discovery and the exhaustion of the standard procedures of the Federal Tort Claim. This is in reference to the Standard Form 95, Claim for Damages, Injury or Death that I filed on October 19, 2012, and this claim accuses the West Palm Beach VAMC health care provider for negligent credentialing, Chief Surgeon Ernest Shwayri; Dr. John C. Oeltjen, Attending Surgeon, Arthur Desrosiers, Resident/student surgeon of the University of Miami (UofM) and the UofM for violating the hospital standard of care.

I, Judith Lawrence, alleges I was recommended and referred by the West Palm Beach VAMC, Chief Surgeon Dr. Shwayri to general surgeon, Dr. John C. Oeltjen for a breast reduction surgery. He also referred me to several other doctors who could not identify the pain.

The lawsuit accuses West Palm Beach (WPB) VAMC and the University of Miami of misrepresenting Dr. Oeltjen credentials. The WPB VAMC allegedly posed him as a board certified cosmetic and reconstructive surgeon when in fact he is a general surgeon and a certified neck and head surgeon. He violated the standard of care when he misrepresented the VA board certification and training and the UofM Resident.

The lawsuit accuses Dr. Oeltjen of the breast reduction, he said he performed, which he was the attending physician, when the surgeon was Arthur Desrosiers a Resident/student of the UofM. The performance of the surgeon led to a new left breast, chronic pain, asymmetry and duration of long suffering.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, I am requesting $2,000,000 for pain, suffering, medical treatment, loss of employment,

Signed this 22 day of October, 20 14.

Judith Lawrence
Printed or typed name of Filer

Signature of Filer

Jrditlaw13@gmail.com
E-mail address

Florida Bar Number

Phone Number

Facsimile Number

Street Address: 9832 Seminole Pratt Whitney Rd. WPB, FL 33412
City, State, Zip Code